807 F.2d 1513
 59 A.F.T.R.2d 87-703, 87-1 USTC P 9146
 Eldred W. BARNES, Gloria Barnes, Petitioner-Appellant,
v.
COMMISSIONER INTERNAL REVENUE SERVICE, Respondent-Appellee.
 No. 86-7112.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Dec. 5, 1986.
Decided Jan. 16, 1987.
 
 George Constable, Seattle, Wash., for petitioner-appellant.
 Roger M. Olsen, Asst. Atty. Gen., Michael L. Paup, Jonathan S. Cohen, Thomas R. Lamons, John A. Dudeck, Jr., U.S. Dept. of Justice, Washington, D.C., for respondent-appellee.
 Petition to Review a Decision of the Tax Court of the United States.
 Before BROWNING, Chief Judge, WRIGHT and BOOCHEVER, Circuit Judges.
 
 ORDER
 
 1
 We affirm the United States Tax Court for the reasons stated in its opinion. See Barnes v. Commissioner of Internal Revenue, T.C.M. 1985-456 (P-H). See also Abbey v. Commissioner, T.C.M. 1981-673 (P-H).
 
 
 2
 AFFIRMED.